**Fill in this information to identify the case:**

Debtor 1 _____Fekadu Woldemariam_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____   District of __Maryland__
(State)

Case number  __15-10208_____

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES II TRUST, A DELAWARE STATUTORY TRUST

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 4858 ____ ____ ____

**Property address:**  2911 Hickory Leaf Way
Number  Street

Silver Spring, Maryland  20904
City       State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ____/____/_____
MM / DD  / YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                (a) $ 51,715.53

b.  Total fees, charges, expenses, escrow, and costs outstanding:        + (b) $ 13,308.16

c.  **Total**. Add lines a and b.                                             (c) $ 65,023.69

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   __5__/__1__/__2015__
MM / DD  / YYYY

| Debtor 1 | Fekadu Woldemariam | | Case number (*if known*) 15-10208 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Kevin Feig, Esq.   (kf 1/29/20)          Date 01/29/2020
Signature

| Print | Kevin Feig, Esq. | Title | Attorney for creditor |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company: McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 312 Marshall Ave, Suite 800
Number      Street

Laurel, MD 20707
City         State   ZIP Code

Contact phone (301) 490-3361          Email bankruptcymd@mwc-law.com

Form 4100R                **Response to Notice of Final Cure Payment**                page **2**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2020 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, Maryland  21046
cmecf@chapter13maryland.com

Craig W. Stewart
Laura Margulies & Associates, LLC
6205 Executive Blvd
Rockville, Maryland  20852
craig@law-margulies.com

I hereby further certify that on the 29th day of January, 2020, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Fekadu Woldemariam
2911 Hickory Leaf Way
Silver Spring, Maryland  20904
(Via U.S Mail)

*/s/ Kevin Feig, Esq.*
Kevin Feig, Esq.